IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-02388-CMA-BNB

MICHAEL C. LEWIS,

    Plaintiff,

v.

ELIZABETH ROUND,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation for Dismissal With Prejudice (Doc. # 24), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

DATED:  April 27, 2015

BY THE COURT:

*Christine M. Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Court Judge